[File No. 6233.]

MARIAN OTT, Respondent, v. L. R. KELLEY, Appellant.

(252 N. W. 271.)

Opinion filed January 15, 1934.

*Nilles, Oehlert & Nilles* and *Murtha & Murtha,* for appellant.
*Simpson, Mackoff & Kellogg,* for respondent.

PER CURIAM: In this—the second case—the appeal was heard on the record presented in the case of Ott v. Kelley, ante, 361, 252 N. W. 269, argued at this term. The case is presented on the same record, the same briefs and with the same argument. It is governed by the same rule.

The judgment is affirmed.

BURR, Ch. J., and BURKE, NUESSLE, CHRISTIANSON and MOELLRING, JJ., concur.

[File No. 6234.]

THORVALDSON-JOHNSON COMPANY, a Corporation, Appellant, v. D. COCHRAN, Whose True Christian Name Is to the Plaintiff Unknown, Respondent.

(252 N. W. 268.)